Electronically Filed: March 17, 2014

LIONEL SAWYER & COLLINS
Rodney M. Jean, NBN 1395
rjean@lionelsawyer.com
300 S. 4th St., Ste. 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Defendant, Locke Lord LLP*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT CAPITAL REIT, INC.,<br><br>Debtor. | Case No.: 11-16624-LBR<br>Chapter 11 (Involuntary) |
| DAVID M. BAGLEY, in his capacity as Trustee of DCR Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>LOCKE LORD LLP,<br><br>Defendant. | Adversary Proceeding No. 13-01084-LBR<br><br><br>Date: N/A<br>Time: N/A |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

David M. Bagley, in his capacity as Trustee of the DCR Liquidating Trust ("Trustee"), and Defendant Locke Lord LLP ("Locke") respectfully notify the Court that the parties have settled this litigation, and the parties stipulate that the above-captioned litigation be and hereby is dismissed with prejudice as to all of Trustee's claims that were made or could have been made against Locke and each of its present and past share holders, employees, and attorneys. Notwithstanding the foregoing, this Stipulation shall not bar any claims by Trustee against Bryan L. Goolsby asserted solely in Goolsby's capacity as a director of Desert Capital REIT, Inc. for

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

acts or omissions on or before September 10, 2007, to the extent that such claims would otherwise be viable. Each party shall bear his or its own court costs, attorneys' fees, and expenses associated with this litigation.

Attached hereto as Exhibit A is a form of order to be submitted to the Court.

Dated this 17th day of March, 2014.          Dated this ___ day of _____, 2014.

**LIONEL SAWYER & COLLINS**                  **SIDHU LAW FIRM**

By: /s/ Rodney M. Jean                        By:   /s/Ambrish S. Sidhu
Rodney M. Jean, NBN 1395                      Ambrish S. Sidhu, NBN 7156
300 South Fourth Street, Suite 1700           810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89101
Telephone: 702-383-8830                       Telephone: 702-384-4436
Telecopy: 702-383-8845                        Telecopy: 702-384-4437
Email: rjean@lionelsawyer.com                 Email: ssidhu@sidhulawfirm.com

*Attorneys for Defendant, Locke Lord LLP*     *Attorneys for Plaintiff, David M. Bagley,
                                              in his capacity as Trustee of DCR Liquidating Trust*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

**EXHIBIT 1**

**LIONEL SAWYER & COLLINS**
Rodney M. Jean, NBN 1395
rjean@lionelsawyer.com
300 S. 4th St., Ste. 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Defendant, Locke Lord LLP*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT CAPITAL REIT, INC.,<br><br>    Debtor. | Case No.: 11-16624-LBR<br>Chapter 11 (Involuntary) |
| DAVID M. BAGLEY, in his capacity as Trustee of DCR Liquidating Trust,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKE LORD LLP,<br><br>    Defendant. | Adversary Proceeding No. 13-01084-LBR<br><br><br>Date: N/A<br>Time: N/A |

### ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Locke Lord LLP ("Locke") filed a Stipulation of Dismissal with Prejudice to which Locke and David M. Bagley, in his capacity as Trustee of DCR Liquidating Trust (the "Trustee"), are parties. The Trustee and Locke respectfully notify the Court that the parties have

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

settled this litigation, and the parties stipulate that the above-captioned litigation be and hereby is dismissed with prejudice as to all of the Trustee's claims that were made or could have been made against Locke and each of its present and past share holders, employees, and attorneys. Notwithstanding the foregoing, the Stipulation shall not bar any claims by the Trustee against Bryan L. Goolsby asserted solely in Goolsby's capacity as a director of Desert Capital REIT, Inc. for acts or omissions on or before September 10, 2007, to the extent that such claims would otherwise be viable. The Stipulation provides that each party shall bear his or its own court costs, attorneys' fees, and expenses associated with this litigation.

The Court has considered the Stipulation and finds that the relief requested therein is appropriate under the circumstances.

Now therefore, good cause appearing:

It is hereby ordered that the Stipulation is approved.

Respectfully submitted by:

Lionel Sawyer & Collins

By: _____ /s/ Rodney M. Jean
    Rodney M. Jean

Attorneys for Locke Lord LLP


Approved by:

Sidhu Law Firm


By: _____ /s/ Ambrish S. Sidhu
    Ambrish S. Sidhu

# # #

Page 2

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101